**FILED**
August 26, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                     )   Case No. 2:16-mj-00162-EFB
            Plaintiff,               )
v.                                   )
                                     )   ORDER FOR RELEASE OF
RAMONA MARCEL LONG,                  )   PERSON IN CUSTODY
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, RAMONA MARCEL LONG, Case No. 2:16-mj-00162-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of: $

       ___   Co-Signed Unsecured Appearance Bond

       ___   Secured Appearance Bond

       _X_   (Other) Previously imposed pretrial release conditions.

       ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/26/2016  at  2:35 p.m.

By _____
   Edmund F. Brennan
   United States Magistrate Judge